THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCISCO REYES, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAPE BRETON FISHING, LP, an unknown entity; and DOES 1 through 20, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-00646-RSL<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(2) AND ORDER FOR DISMISSAL** |

REQUEST FOR DISMISSAL WITH PREJUDICE
Case No. 2:20-cv-00646-RSL

BANNING LLP
16409 VIA DE SANTA FE #9600
RANCHO SANTA FE, CA 92067
TELEPHONE (858) 756-0056
FAX (858) 756-0003

TO THE HONORABLE COURT:

     Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff hereby requests a Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs.  This matter was settled in its entirety.

Dated: March 31, 2021                 **BANNING LLP**

                                                   */s/ Rebecca Rojas*
                                                   Rebecca Rojas, WSBA # 55266
                                                   Attorneys for Plaintiff
                                                   16409 Via de Santa Fe #9600
                                                   Rancho Santa Fe, CA 92067
                                                   Phone: 858-756-0056
                                                   Fax: 858-756-0003
                                                   Email: rrojas@banningllp.com

REQUEST FOR DISMISSAL WITH PREJUDICE
Case No. 2:20-cv-00646-RSL

BANNING LLP
16409 VIA DE SANTA FE #9600
RANCHO SANTA FE, CA 92067
TELEPHONE (858) 756-0056
FAX (858) 756-0003

**ORDER DISMISSING THE CASE**

Based on the filing of Plaintiff's Request for Dismissal with Prejudice pursuant to FRCP 41(a)(2) in the above captioned matter, it is hereby ORDERED that this case shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this ___1st___ day of __April____, 2021.

*[Signature]*

United States District Court Judge
The Hon. Robert S. Lasnik

REQUEST FOR DISMISSAL WITH PREJUDICE
Case No. 2:20-cv-00646-RSL

BANNING LLP
16409 VIA DE SANTA FE #9600
RANCHO SANTA FE, CA 92067
TELEPHONE (858) 756-0056
FAX (858) 756-0003

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2021, a true and correct copy of the foregoing was sent via email to:

Svetlana P. Spivak
HOLMES WEDDLE & BARCOTT
3101 Western Avenue, Suite 500
Seattle, WA 98121
Email: sspivak@hwb-law.com


____/s/Sindy Winkelhake____
       Sindy Winkelhake

REQUEST FOR DISMISSAL WITH PREJUDICE
Case No. 2:20-cv-00646-RSL

BANNING LLP
16409 VIA DE SANTA FE #9600
RANCHO SANTA FE, CA 92067
TELEPHONE (858) 756-0056
FAX (858) 756-0003